UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re ) | | Chapter 7 |
| ) | | |
| ) | | |
| JANE P. ABARCA, ) | | Case No. 19-29430 |
| ) | | |
| ) | | |
| Debtor. ) | | Honorable Donald R. Cassling |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on **Tuesday, February 18 2020, at 9:30 a.m.,** I shall appear before Honorable Donald R. Cassling, Bankruptcy Judge, in Courtroom 619, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached and served on you.

*/s/ Denise A. DeLaurent*
Denise A. DeLaurent, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois   60604
(312) 886-3326

**CERTIFICATE OF SERVICE**

I, Denise A. DeLaurent, an attorney, state that on February 7, 2020, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/Denise A. DeLaurent*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Stephen S Newland    steve@newlandlaw.com, mike@newlandlaw.com;r40699@notify.bestcase.com
- Gregg Szilagyi    gs@tailserv.com, gszilagyi@ecf.axosfs.com;gszilagyi@epiqtrustee.com

**Parties Served via First Class Mail:**

Jane P. Abarca
2635 Poplar Ave. Apt. 2F
Evanston, IL 60201

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| | ) | |
| JANE P. ABARCA, | ) | Case No. 19-29430 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Denise A. DeLaurent, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Jane P. Abarca (the "Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On October 16, 2019, the Debtor filed her voluntary bankruptcy petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor has primarily consumer debt. Gregg Szilagyi was appointed to be the Chapter 7 Trustee in the Debtor's case.

3. The last date for parties to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for February 7, 2020.

4. Schedule A/B reflects assets in the amount of $93,151.43.

5. Schedule D reflects secured debts of $0.

6. Schedule E/F reflects nonpriority unsecured debts of $25,837.00.

7. Schedule I indicates the Debtor is employed, earning $6,300.00[1] in monthly gross income or $75,600 annually for a household of two.

8. Schedule J indicates one dependent. Schedule J also lists monthly expenses as $3,574.83. Debtor shows $68.05 of disposable income.

9. Based on the above, the U.S. Trustee requests additional time to investigate the veracity and completeness of the Debtor's petition, schedules, statement of financial affairs and testimony given at the meeting of creditors in order to determine whether cause exists to file an objection to his discharge pursuant to 11 U.S.C. § 727(a) or a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707.

WHEREFORE, the U.S. Trustee requests this Court extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case under § 707(b) through and including April 7, 2020, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: February 7, 2020          By:   /s/Denise A. DeLaurent
                                       Denise A. DeLaurent, Attorney
                                       OFFICE OF THE U.S. TRUSTEE
                                       219 South Dearborn Street, Room 873
                                       Chicago, Illinois 60604
                                       (312) 886-3326

---

[1] Included in this figure are the following deductions: $367.25 for voluntary contributions for retirement plans and $462.60 for required repayments of retirement fund loans.